Fidelity Coal Company, Appellant, v. Alfred Diamond
and Mutual Life Insurance Company of New York,
Appellees.

Gen. No. 41,058.

opinion filed May 13, 1941. Harold L.
Eisenstein, for appellant; Harry C. Diamond, Alex C. Lawrence and
Winston, Strawn & Shaw, for appellees. Opinion by JUSTICE SCANLAN.
"Not to be published in full."